**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 16-6912**

—————————

JEREMIAH TURNER,

        Petitioner – Appellant,

    v.

ROBERT STEVENS, Warden of Broad River Correctional
Institution,

        Respondent - Appellee.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Henry M. Herlong, Jr., Senior
District Judge.  (4:16-cv-00813-HMH)

—————————

Submitted:  October 17, 2016      Decided:  November 8, 2016

—————————

Before MOTZ and AGEE, Circuit Judges, and DAVIS, Senior Circuit
Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Jeremiah Turner, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremiah Turner seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying his 28 U.S.C. § 2254 (2012) petition as untimely. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Turner has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED